UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CITIMORTGAGE, INC.,                )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )   No. 4:06-CV-1296 (CEJ)
                                   )
FIRST PREFERENCE MORTGAGE          )
CORPORATION, et al.,               )
                                   )
            Defendant.             )

## ORDER

**IT IS HEREBY ORDERED** that the motion of Michael L. Scanes for admission *pro hac vice* [#25] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2006.