```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CITIMORTGAGE, INC.,              )
                                 )
          Plaintiff,             )
                                 )
     vs.                         )    No. 4:06-CV-1296 (CEJ)
                                 )
FIRST PREFERENCE MORTGAGE        )
CORPORATION, et al.,             )
                                 )
          Defendant.             )
```

### ORDER

The undersigned having determined that she should disqualify herself from this proceeding pursuant to 28 U.S.C. § 455(a),

**IT IS HEREBY ORDERED** that this case shall be returned to the Clerk of the Court for reassignment to another district judge.

                                                                            _____
                                                                            CAROL E. JACKSON
                                                                             UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2007.