UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 4:06CV01296 ERW |
| FIRST PREFERENCE MORTGAGE CORPORATION, et al., | ) |
|     Defendants. | ) |

## **ORDER**

In accordance with the conference held today, regarding the jurisdictional issue in this matter, the Court will issue the following Order:

1) The parties shall submit, no later than **February 23, 2007**, individual proposals for the scope of written discovery and the scope of the subject matter of the depositions of Mr. Charles D. "Bud" LaCombe and Mr. David Mann.

2) Upon review of the proposals outlined above, the Court shall issue an order specifying the scope of all discovery and, if necessary, extend the period for propounding written discovery to allow the Court to issue the Order on the scope of discovery.

3) The parties shall, no later than **March 2, 2007**, unless that date is extended by the Court, propound interrogatories and requests for production from Plaintiff to all Defendants and from any Defendant to Plaintiff.

4) The parties shall, no later than **March 22, 2007**, unless that date is extended by the Court, answer any written discovery.

5) The parties have discussed preservation of all electronic materials that may be the

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

proper subject of discovery, will preserve all electronically stored materials, and have agreed that no order in that regard is indicated, at this time.

6) Mr. Mann and Mr. LaCombe shall be available for oral depositions within **TEN (10)** days of production of written discovery, or no later than **April 2, 2007,** unless that date is extended by the Court. Depositions shall be conducted at a time and location, by agreement of the parties, under the scope ruled by the Court.

7) The parties shall submit briefs, on the jurisdictional issue in this matter, within **THIRTY (30)** days, after Mr. Mann and Mr. LaCombe are deposed, or no later than **May 2, 2007**, unless that date is extended by the Court.

**IT IS SO ORDERED**.

Dated this 16th day of February, 2007.

*E. Richard Webber*
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com